■

**COM.**

v.

**ORTIZ, I.**

3397 EDA 2016

Superior Court of Pennsylvania.

08/18/2017

CP–39–CR–0003253–2003
(Lehigh)
Affirmed

■

**IN the INTEREST OF: N.J.W., a Minor**

3752 EDA 2016

Superior Court of Pennsylvania.

08/18/2017

CP–45–JV–0000192–2016
(Monroe)
Affirmed

■

**SKLAROFF, S.**

v.

**ZAKEN, I.**

3841 EDA 2016

Superior Court of Pennsylvania.

08/18/2017

May Term, 2016 No. 160502802
(Philadelphia)
Affirmed

**COM.**

v.

**NORRIS, B.**

285 EDA 2017

Superior Court of Pennsylvania.

08/18/2017

CP–51–CR–0618592–1975
(Philadelphia)

Affirmed

■

**COM.**

v.

**WILLIAMS, E.**

310 EDA 2017

Superior Court of Pennsylvania.

08/18/2017

Reargument Denied 10/18/2017

CP–23–CR–0001773–2014
(Delaware)

Affirmed

